IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM POLLARD,<br><br>    Petitioner,<br><br>  v.<br><br>ROB ST. ANDRE,<br><br>    Respondent. | No. 2:23-CV-0113-TLN-DMC-P<br><br><br>ORDER |

       Petitioner, a state prisoner proceeding with retained counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to Eastern District of California Local Rule 230(g) and the request of all parties, the hearing scheduled for May 3, 2023, at 10:00 a.m., before the undersigned in Redding, California, on Respondent's motion to dismiss is hereby taken off calendar and the matter is submitted on the record and briefs without oral argument.

       IT IS SO ORDERED.

Dated: April 20, 2023

                                          DENNIS M. COTA
                                          UNITED STATES MAGISTRATE JUDGE