1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   WILLIAM POLLARD,                          No.  2:23-cv-0113-TLN-DMC

12                    Petitioner,

13          v.                                  **ORDER**

14   ROB ST. ANDRE,

15                    Respondent.

16

17          Petitioner, a state prisoner proceeding with retained counsel, brings this petition for a writ

18   of habeas corpus pursuant to 28 U.S.C. § 2254.  This matter was referred to a United States

19   Magistrate Judge pursuant to Eastern District of California local rules.

20          On February 7, 2024, the Magistrate Judge filed findings and recommendations herein

21   which were served on the parties, and which contained notice that the parties may file objections

22   within the time specified therein.  (ECF No. 23.)  Petitioner filed objections to the findings and

23   recommendations.  (ECF No. 24.)

24          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25   Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the

26   Court finds the findings and recommendations to be supported by the record and by proper

27   analysis.

28   ///

1

1        Pursuant to Rule 11(a) of the Federal Rules Governing Section 2254 Cases, the Court has

2    considered whether to issue a certificate of appealability.  Before Petitioner can appeal this

3    decision, a certificate of appealability must issue.  *See* 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

4    Where the petition is denied on the merits, a certificate of appealability may issue under 28

5    U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a

6    constitutional right."  28 U.S.C. § 2253(c)(2).  A court must either issue a certificate of

7    appealability indicating which issues satisfy the required showing or must state the reasons why

8    such a certificate should not issue.  *See* Fed. R. App. P. 22(b).  Where the petition is dismissed on

9    procedural grounds, a certificate of appealability "should issue if the prisoner can show: (1) 'that

10   jurists of reason would find it debatable whether the district court was correct in its procedural

11   ruling'; and (2) 'that jurists of reason would find it debatable whether the petition states a valid

12   claim of the denial of a constitutional right.'"  *Morris v. Woodford*, 229 F.3d 775, 780 (9th Cir.

13   2000) (quoting *Slack v. McDaniel*, 529 U.S. 473, 120 S.Ct. 1595, 1604 (2000)).  For the reasons

14   set forth in the Magistrate Judge's findings and recommendations, the Court finds that issuance of

15   a certificate of appealability is not warranted in this case.

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed February 7, 2024 (ECF No. 23) are ADOPTED IN FULL;

2. Respondent's Motion to Dismiss (ECF No. 10) is GRANTED;

3. The Court DECLINES to issue a certificate of appealability; and

4. The Clerk of the Court is directed to close this case.

Date: March 11, 2024

_____
Troy L. Nunley
United States District Judge